UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARLON JOSE CANO-MENDOZA,
Petitioner,
v.
WARDEN, Adelanto ICE Processing Center, et al.,
Respondents.

Case No. CV 5:26-04064 RAO

JUDGMENT

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied and this action is closed.

DATED: August 14, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE